Cheryl Ann HIGHWARDEN, Appellant,

v.

The STATE of Texas, Appellee.

No. 175–93.

Court of Criminal Appeals of Texas,
En Banc.

Jan. 12, 1994.

Rehearing Denied March 9, 1994.

Brian W. Wice, J. Gary Trichter, Houston, for appellant.

John B. Holmes, Jr., Dist. Atty., and Ernest Davila and Bobbie Karmy, Asst. Dist. Attys., Houston, Robert Huttash, State's Atty., Austin, for the State.

*OPINION ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW*

PER CURIAM.

Appellant pled no contest to the misdemeanor offense of driving while intoxicated. Article 6701*l*–1, V.A.C.S. This conviction was affirmed by the Houston Court of Appeals [Fourteenth District] in a published opinion. *Highwarden v. State*, 846 S.W.2d 479 (Tex.App.—Houston [14th Dist.1993] ).

We granted discretionary review to determine whether the Court of Appeals erred in holding 1) the trial court did not err in denying appellant's motion to suppress on the grounds appellant failed to produce sufficient evidence she was arrested without a warrant; 2) this Court's decision in *Heitman v. State*, 815 S.W.2d 681 (Tex.Cr.App.1991), has no bearing on matters of procedure in search and seizure claims; 3) the arresting officer's conclusion, absent proof of his training and experience, that appellant failed unspecified field sobriety tests, provided the trial court with a sufficient basis for conclud-

ing probable cause existed for the appellant's warrantless arrest; and 4) the arresting officer's conclusion, absent radar calibration, that appellant was speeding provided the trial court with a sufficient basis for concluding reasonable suspicion existed for appellant's initial detention.

After thoroughly reviewing the record, we find appellant's petition to be improvidently granted. This decision does not constitute an endorsement or adoption of the reasoning employed by the Court of Appeals. *Sheffield v. State*, 650 S.W.2d 813 (Tex.Cr.App.1983).

Accordingly, appellant's petition is dismissed.

CLINTON, MILLER and MALONEY, JJ., dissent.